UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM G. HUDSON, JUSTIN R. JORDAN, and OLIVER J. BROWN, § § § Plaintiffs, § § v. § § BOARD OF REGENTS OF TEXAS § SOUTHERN UNIVERSITY, ET AL., § § Defendants. § | CIVIL ACTION NO. 4:05-CV-03297 |

## MEMORANDUM AND ORDER

Before the Court is Plaintiffs' Motion for Bench Trial on the Record. (Doc. No. 166). At hearing, both parties agreed that the Court should withhold judgment on this matter pending Defendants' appeal of the jury verdict. The Court therefore **DEFERS** this Motion pending appeal.

**IT IS SO ORDERED.**

**SIGNED** this 10th day of March, 2009.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT