UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM G. HUDSON, JUSTIN R. JORDAN, and OLIVER J. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF REGENTS OF TEXAS SOUTHERN UNIVERSITY, ET AL., <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:05-CV-03297 |

## MEMORANDUM AND ORDER

Before the Court are Plaintiffs' Supplemental Motion for Attorney's Fees (Doc. No. 189) and Motion for Reconsideration of Memorandum and Order Awarding Attorney Fees (Doc. No. 195). After reviewing Plaintiffs' briefing, the Court holds that both Motions are **DENIED**.

IT IS SO ORDERED.

SIGNED this 14th day of April, 2009.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT